(134 So. 857)

**McGILVERY et al. v. REYNOLDS et al.**

4 Div. 551.

Supreme Court of Alabama.

May 28, 1931.

Guy W. Winn, of Clayton, for appellants.

C. O. Stokes and Sollie & Sollie, all of Ozark, for appellees.

PER CURIAM.

There being no assignment of errors upon the record. the decree of the circuit court must be affirmed. Redd Chemical & Nitrate Co. v. W. T. Clay Mercantile Co. et al., 219 Ala. 478, 122 So. 652; McLeod et al. v. Adams, 218 Ala. 424, 118 So. 636.

Affirmed.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.